UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>        Plaintiff,                                  )<br>                                                           )<br>vs.                                                    )<br>                                                           )<br>JONATHAN CLEVE PETZOLDT,   )<br>                                                           )<br>        Defendant.                             )<br>                                                           )<br>                                                           ) | Case No. CR 05-265-S-EJL<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO CONTINUE<br>SENTENCING |

The Court has before it a Motion to Continue Sentencing (Docket No. 19). The sentencing hearing is currently set for August 30, 2006, at 09:00am. Thomas Monaghan, counsel for Jonathan Petzoldt, has no objection to a continuance of the sentencing hearing. The reason for the continuance is because the sentencing hearing in this case conflicts with the sentencing hearing in *State of Idaho vs. Adrian Vega-Farr*, case number CR 05-022918*C; a case which requires the participation of Aaron N. Lucoff, Assistant United States Attorney.

The Court finds there is good cause to continue the sentencing hearing.

IT IS ORDERED that the United States' Motion (Dkt. No. 19) is hereby GRANTED. The August 30, 2006 sentencing hearing is VACATED.

IT IS HEREBY ORDERED the Sentencing Hearing RESET for Wednesday, August 30, 2006, at 1:30 p.m. in Boise, Idaho.



DATED: **July 17, 2006**

_____
Honorable Edward J. Lodge
U. S. District Judge